# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NESTOR WILFREDO POZO, | No. CV 10-7847-PA (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| A. HEDGPETH, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 1, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE